RECEIVED
APR 11 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JIAN R. MEI | : | DOCKET NO. 2:08-cv-0139 |
| | | Section P |
| VS. | : | JUDGE DOHERTY |
| MICHAEL B. MUKASEY, ET AL. | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondents' "Motion to Dismiss" [doc. 8] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 11 day of April, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE